AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. **IN 06+ # CV-10477l**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **ROY M. ADAMS**
was received by me on *(date)* **10/19/2010**.

☒ I personally served the summons on the individual at *(place)* **255 EAST 49 ST**
**NEW YORK, NEW YORK** on *(date)* **10/19/2010**; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **PETER NOVIELLI**
_____, a person of suitable age and discretion who resides there,
on *(date)* **10/19/2010**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **MR. ROY M. ADAMS REFUSED to COME DOWN FROM HIS APARTMENT FROM THE 17TH FLOOR OF 255 EAST 49 ST. N.YC. to RECEIVE THE LAWSUIT PAPERS.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/19/2010**

Server's signature: *C. Br...*

JULIE MILNER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MI6212539
Qualified in Queens County
My Commission Expires October 13, 2013

Printed name and title: **MICHAEL C. BRANDT**

Server's address: **16 MICHIGAN ROAD**

Additional information regarding attempted service, etc: **BETHPAGE NY 11001**

**HISPANIC MALE
55 YRS OLD
BLACK HAIR    5'8" - 130-135 LBS**